**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

Alex Almonte Gutierrez

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

Federal

DEA

_____

_____

_____

_____

_____

_____

_____

_____

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2026 MAR 17 P 2: 51

**COMPLAINT**

Jury Trial: [✓] Yes [ ] No

(check one)

*(In the space above enter the full name(s) of the defendant(s). If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The names
listed in the above caption must be identical to those contained in
Part I. Addresses should not be included here.)*

I.        **Parties in this complaint:**

A.        List your name, address and telephone number.  Do the same for any additional   plaintiffs named.  Attach
           additional sheets of paper as necessary.

Plaintiff        Name              Alex Almonte Gutierrez
                 Street Address    77 Euclid Ave
                 County, City      Brooklyn NY
                 State & Zip Code  11208
                 Telephone Number  646 - 761 - 3263

B.    List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1

Name _federa and DeA_

Street Address _1100 Roymond Blvd_

County, City _New Jesey_

State & Zip Code _____

Defendant No. 2

Name _____

Street Address _____

County, City _____

State & Zip Code _____

Defendant No. 3

Name _____

Street Address _____

County, City _____

State & Zip Code _____

Defendant No. 4

Name _____

Street Address _____

County, City _____

State & Zip Code _____

## II.    Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case  involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. §  1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A.    What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal Questions          [ ] Diversity of Citizenship

[ ] U.S. Government Plaintiff   [ ] U.S. Government Defendant

B.    If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at

issue? _____

_____

_____

- 2 -

C.    If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

**III.    Statement of Claim:**

State as briefly as possible the facts of your case.  Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.    Where did the events giving rise to your claim(s) occur? _____

_____

B.    What date and approximate time did the events giving rise to your claim(s) occur?  _____

_____

_____

C.    Facts: _____

What happened to you?

Who did what?

Was anyone else involved?

Who else saw what happened?

- 3 -

**IV.    Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. the take $8,000,00 dallar

**V.    Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

It was Tuedur 10 mar,2026 time 10.30 to 11:00 Am in the moning they stop me they want to my car and they take 58,000,00 dollar from my car. I wa Rop Nia in the Brooking way an 6 Car came black me front the car and and they hund cuff come take me to the car they bring me to New Jersey they bring me 1100 Roy mond Blvd wend in there they Take my friger print and my siliva and Photo and they take me out fron the boiding and they say I dont have Any Charge they give me the key for my car may ID and wallet and they said yo coud go

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this_____day of_____3/17_____, 20_26_.

Signature of Plaintiff _Alex Almonte_

Mailing Address _77 Euclid Ave_

_Brooklyn     NY_

_11208_

Telephone Number _646-761-3263_

Fax Number *(if you have one)* _____

E-mail Address _Alexalmonte.AA@gmail.com_

Note:     All plaintiffs named in the caption of the complaint must date and sign the complaint.

Signature of Plaintiff: _Alex Almonte G._